| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR02-00003-CAS |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central District of California | DIVISION |
| Mr. Mohammad Shabib<br>16720 Drake Road<br>Strongsville, Ohio 44136 | NAME OF SENTENCING JUDGE<br>Honorable Christina A. Snyder | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM 7/5/05 | TO 7/4/10 |

**ESSENTIAL DOCUMENT**

1:06CR585
JUDGE POLSTER
MAG. JUDGE VECCHIARELLI

OFFENSE
21 USC 846, 841(a)(1); 18 USC 2: Conspiracy to Aiding and Abetting the Manufacture of Methamphetamine (Count 1)
Class A Felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___NORTHERN DISTRICT OF OHIO___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___7/20/06___              ___Christina A. Snyder___
  Date                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN___ DISTRICT OF ___OHIO___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___7/26/2006___            ___[signature]___
  Effective Date              United States District Judge